# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LARRY EUGENE MURPHY, | Case No. ED CV 18-02453-AB (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| C. SWAIN et al., | |
| Defendants. | |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Date: July 23, 2019

_____
ANDRÉ BIROTTE JR.
United States District Judge